IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02252-BNB

SHANE G. SPEER,

    Plaintiff,

v.

LINDA C. CALKINS,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 05 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Shane G. Speer, is presently incarcerated in the Denver County Jail. He initiated this action by filing a Prisoner Complaint on September 15, 2010. He has been granted leave to proceed *in forma pauperis*.

On September 23, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Speer to show cause why this action should not be dismissed because the Court lacks subject matter jurisdiction over the claims asserted in the complaint. Magistrate Judge Boland noted that Mr. Speer was suing for damages based upon an alleged breach of verbal contract by Defendant Linda C. Calkins. In the complaint, Mr. Speer asserted that Defendant Calkins agreed to pay him $6,000 for remodeling the interior of her house and other odd jobs, but that she failed to pay him after he completed the work. Mr. Speer also indicated that jurisdiction was being asserted pursuant to 28 U.S.C. § 1343 and 42 U.S.C. § 1983.

Magistrate Judge Boland correctly found that, although the Court has subject matter jurisdiction over claims pursuant to 42 U.S.C. § 1983, Mr. Speer's claims in this action are not asserted pursuant to § 1983. "Section 1983 provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." *Conn v. Gabbert*, 526 U.S. 286, 290 (1999). Mr. Speer does not allege that he has been deprived of any federal right and he does not allege that Defendant Calkins was acting under color of state law. Mr. Speer further was warned that the action would be dismissed without further notice if he failed to show cause within thirty days.

Mr. Speer has failed to show cause within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's September 23 order. Therefore, the action will be dismissed without prejudice for lack of subject matter jurisdiction. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3).

DATED at Denver, Colorado, this __4th__ day of __November__, 2010.

BY THE COURT:

_Christine M Arguello_
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02252-BNB

Shane G. Speer
Prisoner No. 323299
Denver County Jail
P.O. Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/5/10

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk